IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAYRA SAENZ, | |
| Plaintiff, | 8:20CV225 |
| vs. | |
| OMAHA CATHOLIC SCHOOLS CONSORTIUM, | ORDER |
| Defendant. | |

This matter is before the Court on plaintiff's motion for extension, Filing No. 26, to file a brief in opposition to the defendant's motion for summary judgment, Filing No. 21. The Court will allow the plaintiff until the 28th of February, 2021 to file a brief in response to the defendant's motion for summary judgment. Accordingly,

IT IS HEREBY ORDERED THAT the plaintiff's Motion to Extend, Filing No. 26, is granted.

Dated this 11th day of February, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge