IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAYRA SAENZ,<br><br>  Plaintiff,<br><br>vs.<br><br>OMAHA CATHOLIC SCHOOLS CONSORTIUM,<br><br>  Defendant. | 8:20CV225<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, Judgment is hereby entered in favor of the Defendant and against the Plaintiff. This case, and all matters contained within, is hereby dismissed.

Dated this 29th day of April, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge